UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN GARCIA,<br>also known as "John Adams, John Adamino, Michael Chapman" | CASE NUMBER: 20 CR 474<br><br>**UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

DATE: August 7, 2020

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

**FILED**

AUG 07 2020

MAGISTRATE JUDGE
YOUNG B. KIM

By: *s/ Kelly Guzman*
Kelly Guzman
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-1598