**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br> v. <br><br> JOHN GARCIA, <br><br> Defendant. | No. 20 CR 474 <br><br> Judge Manish S. Shah |

## ORDER

(00:15)

Initial appearance proceedings held via telephone. Defendant consents to appear by telephone. Defendant advised of his rights, the charge against him, and the maximum penalties associated with that charge. Eugene O'Malley of the Federal Defender Panel is appointed as counsel for defendant under the CJA, subject to defendant's execution of the financial affidavit. Enter CJA Appointment Order. Defendant acknowledges receipt of the criminal complaint. The government moves for pretrial detention. Detention hearing via telephone is set for 8/10/20 at 2:30 p.m. Defendant is remanded to the custody of the U.S. Marshal Service, and shall remain detained pending the hearing on 8/10/20. The government's motion to unseal this case is granted, and the Clerk of Court is directed to unseal this case and any sealed filings.

ENTER:

August 7, 2020

Manish S. Shah
U.S. District Judge